

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00008-CR

EX PARTE CYNTHIA DIANNE NOBLE

§ On Appeal from the 89th District Court

§ of Wichita County (55593-C)

§ April 8, 2021

§ Memorandum Opinion by Justice Womack

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying application for habeas corpus relief is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack